o5 6/6

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

MIRIAM HYMAN

**SUMMONS IN A CIVIL CASE**

V.

CHILD, INC.            CASE NUMBER:   0 6 - 2 2 7

TO:  CHILD, INC.
     507 Philadelphia Pike
     Wilmington, DE 19809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

R. Stokes Nolte, Esquire,
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    4/6/06
_____        _____
Clerk                              Date

_Monica Mosley_
_____
(By) Deputy Clerk

RETURN OF SERVICE

Service of the Summons and complaint was made by:        Date:

_____        _____
Name of Server (Print)                                                  Title

*Check box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____    _____
                         Date                                        Signature of Server

                                                                     _____
                                                                     Address of Server

UNITED STATES DISTRICT COURT

CASE NO.: 06-227

## AFFIDAVIT OF SERVICE

**MIRIAM HYMAN**

    Plaintiff/Petitioner,

vs.

**CHILD, INC.**

    Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **06/06/2006** at **10:23 AM** to be served upon:

**CHILD, INC.**

DELAWARE
NEW CASTLE    ss.

I, **ADAM GOLDEN**, depose and say that:

On **06/08/2006** at **03:20 PM**, I served the within **SUMMONS AND COMPLAINT** on **CHILD, INC.** at **507 PHILADELPHIA PIKE, Wilmington, DE 19809** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: **TILLY HARRIS, AUTHORIZED TO ACCEPT** a person of suitable age and discretion.

Description of person served:
Sex: Female – Age: 65 – Skin: White – Hair: Gray – Height: 5'4"–5'7" – Weight: 100–120lbs

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___8___ day of ___June___, 20_06_.

X _____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800 966 3624
Law Firm: R. STOKES NOLTE, ESQUIRE
Atty File#:  – Our File# 4805

Sworn to and subscribed before me on this ___8___ day of ___June___, 20_06_ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC