## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter my appearance on behalf of defendant, Child, Inc., in the above-captioned matter.

                                                  MARSHALL, DENNEHEY, WARNER,
                                                  COLEMAN & GOGGIN


                                                  BY: */s/ Kevin J. Connors*
                                                  KEVIN J. CONNORS, ESQ.
                                                  DE Bar ID: 2135
                                                  1220 North Market Street, 5th Fl.
                                                  P.O. Box 8888
                                                  Wilmington, DE 19899-8888
                                                  Attorney for Defendant, Child, Inc.

Dated: June 26, 2006

\15_A\LIAB\KJCONNORS\LLPG\361324\VLLUCAS\01124\00101

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that an Entry of Appearance on behalf of defendant, Child, Inc., has been served on June 26, 2006 via electronic filing upon all counsel of record.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQ.
> DE Bar ID: 2135
> 1220 North Market Street, 5th Fl.
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Attorney for Defendant, Child, Inc.

Dated: June 26, 2006

\15_A\LIAB\KJCONNORS\LLPG\361331\VLLUCAS\01124\00101