**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIRIAM HYMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-227-SLR |
| v. | : | |
| | : | |
| CHILD, INC., | : | TRIAL BY JURY DEMANDED |
| | : | |
| Defendant. | : | |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that I served upon all persons listed below a true and correct copy of the

ANSWER OF DEFENDANT, CHILD, INC., TO PLAINTIFF'S COMPLAINT WITH

AFFIRMATIVE DEFENSES in the above-captioned matter on July 24, 2006 by CM/ECF.

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805

          **MARSHALL, DENNEHEY, WARNER,**
          **COLEMAN & GOGGIN**

**BY:** */s/ Kevin J. Connors*
          **KEVIN J. CONNORS, ESQUIRE**
          **Delaware Bar I.D. No. 2135**
          **1220 North Market Street, 5th Floor**
          **P.O. Box 8888**
          **Wilmington, DE 19899-8888**
          **Attorney for Defendant,**
          **Child, Inc.**
          **(302) 552-4302**

DATED:  July 25, 2006
\15_A\LIAB\TABURLEIGH\LLPG\366276\TABURLEIGH\01124\00101