## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, Esq., attorney for defendant, Child, Inc., hereby certify that the

RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT, CHILD, INC. were served via

U.S. Mail upon counsel for the plaintiff on October 13, 2006 at the address listed below:

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, Child, Inc.

**Dated:** October 13, 2006

\15_A\LIAB\KJCONNORS\LLPG\383292\VLLUCAS\01124\00101