## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Miriam Hyman, | ) |
| Plaintiff, | ) C.A. No. 06-227-SLR |
| v. | ) TRIAL BY JURY |
| | ) DEMANDED |
| Child, Inc., | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 13th day of October 2006, the parties having satisfied their

obligations under Fed. R. Civ. P. 26(f), and the Court having conducted a pretrial scheduling

conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by October 20, 2006, if they

have not already done so, the information required by Fed. R. Civ. P. 26(a) (1) and D. Del.L R

16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects: (brief description of

subjects on which discovery will be needed).

1. Nature and scope of plaintiff's employment and job duties;

2. Reasons for plaintiff's discharge;

3. Nature and extent of plaintiff's alleged damages; and

4. Factual bases for plaintiff's claims of discrimination, breach of contract and

breach of standard of good faith and fair dealing and defendant's affirmative defenses,a s

necessary.

(b) All discovery shall be commenced in time to be completed by July 15, 2007.

(c) Maximum of 50 interrogatories by each party to any other party.

(d) Maximum of 30 requests or admission by each party to any other party.

(e) Maximum of 8 depositions by plaintiff and 8 by defendant.

(f) Each deposition limited to a maximum of six (6) hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a) (2) on issues for which any party has the burden of proof due by 5/15/07. Rebuttal expert reports due by 6/29/07.

(h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before October 31, 2006.

4. **Settlement Conference.** Pursuant to 28 D.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before September 14, 2007. Briefing shall be pursuantt o D. Del. LR 7.1.2.N o summary judgment motion may be filed more than ten (10) days from the above date withoutl eave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk.U nless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

1/9/08

7. **Motions in Limine.** All motions in limine shall be filed on or before [~~two weeks~~

1/16/08

**before ~~pretrial conference~~**]. All responses to said motions shall be filed on or before [~~one week~~

**before ~~pretrial conference~~**].

8. **Pretrial Conference.** A pretrial conference will be held on ___1/23/08___ at ___4:30 pm.___

in courtroom 6B, sixth floor Federal Building, 844 King Street, W ilmington, Delaware. The

Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** T his matter is scheduled for a [day/week] bench/jury trial commencing on

___2/4/08___ in courtroom 6B, sixth floor Federal Building, 844  King Street, Wilmington,

Delaware. For purposes of completing pretrial preparations, the parties should plan on being

allocated a total number of hours in which to present their respective cases.

United States DistrictJ udge
\15_A\LIAB\KJCONNORS\LLPG\383215\VI.LUCAS\01124\00101