## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, certify that the foregoing INTERROGATORIES – SET I OF

DEFENDANT, CHILD, INC., ADDRESSED TO PLAINTIFF AND REQUEST FOR

PRODUCTION OF DOCUMENTS OF DEFENDANT, CHILD, INC., ADDRESSED TO

PLAINTIFF were served on January 16, 2007  via U. S. Mail upon the following:

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:    */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, Child, Inc.

Dated: January 16, 2007

\15_A\LIAB\KJCONNORS\LLPG\402121\VLLUCAS\01124\00101