### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mirim Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY |
| Child, Inc., | ) | DEMDANDED |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, R. Stokes Nolte, certify that the foregoing **PLAINTIFF'S ANSWERS TO INTERROGATORIES  SET 1 OF DEFENDANT, CHILD INC., ADDRESSED TO PLAINTIFF** AND **PLAINTIFF'S ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANT, CHILD, INC., ADDRESSED TO PLAINTIFF** were served on March 12, 2007 via U.S. Mail upon the following:

> Kevin J. Connors, Esquire
> Marshall, Dennehey, Warner,
> Coleman & Goggin
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE   19899-8888

NOLTE & ASSOCIATES

**BY:   /s/   *R. Stokes Nolte***
R. STOKES NOLTE, ESQ.
Bar ID: 2301
**1010 N. Bancroft Parkway, Suite 21**
Wilmington, DE 19805
(302) 777-1700

Dated: March 12 2007                    Attorney for Plaintiff