IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mirim Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY |
| Child, Inc., | ) | DEMDANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, R. Stokes Nolte, certify that the foregoing **PLAINTIFF'S ANSWERS TO INTERROGATORIES SET 1 OF DEFENDANT, CHILD INC., ADDRESSED TO PLAINTIFF** AND **PLAINTIFF'S ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANT, CHILD, INC., ADDRESSED TO PLAINTIFF** were served on March 12, 2007 via U.S. Mail upon the following:

> Kevin J. Connors, Esquire
> Marshall, Dennehey, Warner,
> Coleman & Goggin
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE  19899-8888

> NOLTE & ASSOCIATES

> **BY:**  /s/  *R. Stokes Nolte*
> R. STOKES NOLTE, ESQ.
> Bar ID: 2301
> **1010 N. Bancroft Parkway, Suite 21**
> Wilmington, DE 19805
> (302) 777-1700
> Attorney for Plaintiff

Dated: March 12 2007