# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## RE-NOTICE OF DEPOSITION OF PLAINTIFF

To:
R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Brancroft Parkway, Suite 21
Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of **Miriam Hyman** on Wednesday, July 18, 2007 beginning at 10:00 a.m., in the office of Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, P.O. Box 8888 Wilmington, DE.

           MARSHALL, DENNEHEY, WARNER,
           COLEMAN & GOGGIN

           BY: */s/ Kevin J. Connors*
           KEVIN J. CONNORS, ESQ.
           DE Bar ID: 2135
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
           Attorney for Defendant, Child, Inc.

Dated: June 18, 2007

\15_A\LIAB\KJCONNORS\LLPG\434177\VLLUCAS\01124\00101

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Miriam Hyman, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-227-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| Child, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that a RE-NOTICE OF DEPOSITION OF PLAINTIFF has been served on June 18, 2007 via electronic filing upon the following:.

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Brancroft Parkway, Suite 21
Wilmington, DE 19805

　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　COLEMAN & GOGGIN


　　　　　　　　　　　　　　BY: */s/ Kevin J. Connors*
　　　　　　　　　　　　　　KEVIN J. CONNORS, ESQ.
　　　　　　　　　　　　　　DE Bar ID: 2135
　　　　　　　　　　　　　　1220 North Market Street, 5th Fl.
　　　　　　　　　　　　　　P.O. Box 8888
　　　　　　　　　　　　　　Wilmington, DE 19899-8888
　　　　　　　　　　　　　　Attorney for Defendant, Child, Inc.

Dated: June 18, 2007

\15_A\LIAB\KJCONNORS\LLPG\434177\VLLUCAS\01124\00101