IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-227-SLR |
| | ) | |
| CHILD, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

**MOTION OF DEFENDANT, CHILD, INC., FOR SUMMARY JUDGMENT**

Defendant, Child, Inc., by and through its counsel, Marshall, Dennehey, Warner, Coleman and Goggin, and pursuant to Federal Rule of Civil Procedure 56(c), respectfully moves this Honorable Court to enter the attached Order, granting summary judgment in favor of defendant, Child, Inc., and against plaintiff, for the reasons set forth in the Memorandum of Points and Authorities which was previously filed with the Court on September 21, 2007. D.I. 20.

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN

    BY: __/s/ Kevin J. Connors_
        Kevin J. Connors, Esquire – I.D. # 2135
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE  19899
        (302) 552-4302
        Attorney for Defendant, Child, Inc.

DATED:  September 26, 2007
15/535969.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MIRIAM HYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-227-SLR |
| | ) | |
| CHILD, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

## **ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2007, upon consideration of Motion of Defendant, Child, Inc., for Summary Judgment and all responses thereto, that Defendant's motion is ***GRANTED*** and summary judgment is entered in favor of defendant, Child, Inc., and against plaintiff.

                                                                                   _____
                                                                                    J.

15/535973.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-227-SLR |
| | ) | |
| CHILD, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CHILD, INC., FOR SUMMARY JUDGMENT** in the above-captioned matter have been served by E-File and regular U.S. mail to the following:

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY: __/s/ Kevin J. Connors_
> Kevin J. Connors, Esquire – I.D. # 2135
> 1220 N. Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE 19899
> (302) 552-4302
> Attorney for Defendant, Child, Inc.

DATED: September 26, 2007
15/535971.v1