IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HYMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-227-SLR |
| CHILD, INC., | ) ) | |
| Defendant. | ) ) ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S ANSWER TO MOTION OF DEFENDANT, CHILD, INC., FOR SUMMARY JUDGMENT

Plaintiff, by and though her counsel, R. Stokes Nolte, Esquire, and pursuant to Federal Rule of Civil Procedure 56 (c), respectfully requests this Honorable Court to enter the attached Order, denying the Motion of Defendant, Child, Inc. for Summary Judgment for the reasons set forth in the attached Memorandum of Points and Authorities.

Respectfully Submitted,

REILLY, JANICZEK & McDEVITT

R. Stokes Nolte, Esquire
DE Bar ID: 2301
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

DATED: October 9, 2007