IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-227-SLR |
| | ) | |
| CHILD, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 2007, upon consideration of **Plaintiff's Answer to Motion of Defendant, Child, Inc., for Summary Judgment** and all responses thereto, that Defendant's Motion is **DENIED**.

_____
J.