IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HYMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-227-SLR |
| v. | : | |
| | : | |
| CHILD, INC., | : | TRIAL BY JURY DEMANDED |
| | : | |
| Defendant. | : | |

### STIPULATION TO EXTEND TIME

It is hereby stipulated by and between the parties through their undersigned counsel, and subject to the Court's approval, that the due date for Child, Inc.'s Reply Brief to Summary Judgment Motions shall be extended from October 19, 2007 to October 23, 2007.

| | |
|---|---|
| NOLTE & ASSOCIATES | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| /s/ R. Stokes Nolte | BY: /s/ Kevin J. Connors |
| R. STOKES NOLTE, ESQ. - I.D. No. 2301 | KEVIN J. CONNORS, ESQ. - I.D. No. 2135 |
| 1010 N.Bancroft Parkway | 1220 North Market Street, 5th Floor |
| Suite 21 | P.O. Box 8888 |
| Wilmington, DE 19805 | Wilmington, DE 19899-8888 |
| Attorney for Plaintiff, Miriam Hyman | Attorney for Defendant, Child, Inc. |

So Ordered:

_____

15/542614.v1