IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIRIAM HYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-227-SLR |
| | ) |
| CHILD INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of December, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 22) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge