IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIRIAM HYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-227-SLR |
| ) | |
| CHILD INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of December 6, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Child Inc. and against plaintiff Miriam Hyman.

_____
United States District Judge

Dated: December 7, 2007

_____
(By) Deputy Clerk